No. 65, Orig.  TEXAS *v.* NEW MEXICO.  Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $7,644 for the period October 1 through De-

cember 31, 1991, to be paid equally by the parties. [For earlier order herein, see, *e. g., ante*, p. 979.]